

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF GUAM

| ELSA M. SANTOS and GERARDO SANTOS | CIVIL CASE NO. CIV 05-00031 |
|---|---|
| Plaintiffs, | |
| vs. | COMPLAINT |
| DONGBU INSURANCE COMPANY, LTD., | |
| Defendants. | |

**INTRODUCTION**

1. This is an action for damages for personal injuries and loss of consortium arising from a traffic accident.

**JURISDICTION**

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1364, and 48 U.S.C. §1424, as amended.

**PARTIES**

3. Plaintiffs Elsa M. Santos and Gerardo Santos are adult individuals, husband and wife and residents of Guam.

4. Defendant Dongbu Insurance Company, Ltd. (hereinafter "Dongbu") is an insurance company licensed to do business on Guam.

***ORIGINAL***

**COMPLAINT**
**Santos v. Dongbu Insurance Company, Ltd.**
Page 2

**FACTS**

5. On or about November 5, 2003, at approximately 7:37 a.m., plaintiff Elsa M. Santos was operating a 1994 Nissan Sentra (hereinafter the "Sentra") traveling in an easterly direction by the former Town House in the parking lot of the Agana Shopping Center in Hagatña, Guam.

6. At all relevant times herein, the Korean Consulate of Guam was a mission within the meaning of section 2(3) of the Diplomatic Relations Act (22 U.S.C. 254a(3)) and was the owner of a 1997 Honda Civic (hereinafter "the Civic").

7. At all relevant times the Korean Consulate of Guam was under contract with defendant Dongbu Insurance Company, Ltd. to insure the Civic, covering liability for injuries to third persons resulting from operation of the Civic. Said insurance policy was in full force and effect on November 5, 2003.

8. At all relevant times herein, Miok Myn Kwak was a member of the family of a member of the Korean Consulate of Guam and was operating the Civic with the knowledge and consent of the Korean Consulate of Guam.

COMPLAINT
Santos v. Dongbu Insurance Company, Ltd.
Page 3

9.  At said time and place, Miok Myn Kwak was traveling north bound exiting a parking lot area. Miok Myn Kwak failed to use due care in the operation of the Civic, and otherwise failed to operate that vehicle in a careful and prudent manner. Miok Myn Kwak failed to yield to the right of way of plaintiff's oncoming vehicle and disobeyed a STOP sign, thereby causing a violent collision between the Sentra and the Civic.

10. In operating the Civic in the above-described manner, Miok Myn Kwak violated 16 GCA §3327(b) and other laws of Guam.

11. As a direct and proximate result of the negligence of Miok Myn Kwak, plaintiff Elsa M. Santos suffered bodily injuries.

## CLAIMS FOR RELIEF

### FIRST CLAIM - PERSONAL INJURIES OF ELSA M. SANTOS

12. Plaintiffs repeat and reallege each and every allegation of paragraphs 1 through 11 of the Complaint herein.

13. As a direct and proximate result of the negligence of Miok Myn Kwak, plaintiff Elsa M. Santos suffered severe injuries to her body including, but not limited to, injuries to her neck, back and spine, which has caused and continue to cause severe pain and suffering and a permanent disability.

COMPLAINT
Santos v. Dongbu Insurance Company, Ltd.
Page 4

14. As a further direct and proximate result of the negligence of Miok Myn Kwak, plaintiff Elsa M. Santos has incurred and continues to incur medical and incidental expenses for treatment of her personal injuries in an amount to be proven at trial.

15. As a further direct and proximate result of the negligence of Miok Myn Kwak plaintiff Elsa M. Santos has lost income, wages and other opportunities in an amount to be proven at trial.

### SECOND CLAIM - LOSS OF CONSORTIUM

16. Plaintiffs repeat and reallege each and every allegation of paragraphs 1 through 11 and 13 through 15 of the complaint herein.

17. As a direct and proximate result of the negligence of Miok Myn Kwak and the resulting injuries to plaintiff Elsa M. Santos, plaintiff Gerardo Santos has been deprived and will continue to be deprived of the society, companionship, consortium and services usually provided by a spouse in good health and of unimpaired vigor and strength.

### THIRD CLAIM - IMPUTED AND DIRECT LIABILITY

18. Plaintiffs repeat and reallege each and every allegation of paragraphs 1 through 11, 13 through 15 and 17 of the complaint herein.

19. Pursuant to 28 U.S.C. §1364, 16 GCA §17101, and 22 GCA §18305 plaintiff is entitled to recover from defendant as the insurer of the Korean Consulate of Guam in an amount equal to any judgment recovered, up to the statutory and or policy limits, as the result of the negligence of Miok Myn Kwak in the operation of the Civic.

**DEMAND FOR RELIEF**

WHEREFORE, plaintiffs pray Judgment be entered against defendants as follows:

1. For general damages for personal injury of Elsa M. Santos in the sum of $100,000.00;

2. For past and future medical and incidental expenses of Elsa M. Santos in an amount to be proven at trial;

3. For lost income and other opportunities of Elsa M. Santos in an amount to be proven at trial;

4. For loss of consortium of Gerardo Santos in the sum of $50,000.00;

COMPLAINT
Santos v. Dongbu Insurance Company, Ltd.
Page 6

5. For costs of suit; and

6. For such other and further relief as the Court deems proper.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs

DATE: 11/1/05    By: /s/ Robert L. Keogh
                     ROBERT L. KEOGH

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

**05-00031**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ELSA M. SANTOS and GERARDO SANTOS

(b) County of Residence of First Listed Plaintiff: Guam
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number) Tel: 472-6895
Law Office of Robert L. Keogh
P.O. Box GZ Hagatna, GU 96932

## DEFENDANTS
DONGBU INSURANCE COMPANY, LTD.

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. §1364
Brief description of cause: This is an action for damages for personal injuries and loss of consortium arising from a traffic accident.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 150,000.00 plus
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET _____

DATE 11/1/05
SIGNATURE OF ATTORNEY OF RECORD
Robert L. Keogh

**RECEIVED NOV - 1 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM**

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____