AO 440 (Rev. 8/01) Summons in a Civil Action

## DISTRICT COURT OF GUAM

ELSA M. SANTOS and GERARDO SANTOS

        Plaintiffs,

        V.

DONGBU INSURANCE COMPANY, LTD.

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-00031**

**FILED**
DISTRICT COURT OF GUAM
NOV -1 2005
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

DONGBU INSURANCE COMPANY, LTD.
233 Julale Center
424 West O'Brien Drive
Hagatna, GU 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. KEOGH
Law Office of Robert L. Keogh
251 Martyr Street
C&A Professional Building, Suite 105
Hagatna, GU 96910

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARY L. M. MORAN**
Clerk Of Court

NOV - 1 2005

CLERK                                                       DATE

*/s/ Jamie M Phelps*
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 01, 2005 |
| NAME OF SERVER (PRINT) Amie B. Miranda | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Dongbu Insurance Company, Ltd. Kwon Park III, Manager Guam Branch, 233 Julale Center, 424 West O'Brien Drive Hagatna, Guam 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/01/05
Date

*Signature of Server*

Law Office of Robert L. Keogh
251 Martyr Street
C&A Professional Building, Suite 105, Hagatna GU 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.