# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Elsa M. Santos, et al., | Case No. 1:05-cv-00031 |
| Plaintiffs, | |
| vs. | |
| Dongbu Insurance Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Scheduling Notice filed December 20, 2005* on the dates indicated below:

Law Offices of Robert L. Keogh
December 22, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Scheduling Notice filed December 20, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 22, 2005          /s/ Renee M. Martinez
                                          Deputy Clerk