JEHAN'AD G. MARTINEZ
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dongbu Insurance Co., Ltd.*

FILED
DISTRICT COURT OF GUAM
DEC 2 2 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ELSA M. SANTOS and GERARDO SANTOS, <br><br> Plaintiffs, <br><br> vs. <br><br> DONGBU INSURANCE COMPANY, LTD., <br><br> Defendant | CIVIL CASE NO. CIV05-00031 <br><br> **ANSWER OF DEFENDANT DONGBU INSURANCE CO., LTD.** |

**COMES NOW** Defendant **DONGBU INSURANCE CO., LTD.** (hereinafter "Defendant") and in answer to the Complaint herein admits, denies and alleges as follows:

1. Defendants admit the allegations contained in paragraphs 1, 2, 4, 5, 6, 7, and 8.

2. Defendant denies generally and specifically the allegations contained in paragraphs 10 and 11.

3. Defendant lacks sufficient information and belief to formulate a response to paragraph 3 and, basing its denial thereon, denies generally and specifically each and every allegation contained therein.

4. In response to paragraph 9, Defendant admits that Miok Myn Kwak was traveling northbound exiting the parking lot area, but denies generally and specifically each and every remaining allegation contained in said paragraph.

**FIRST CLAIM – PERSONAL INJURIES OF ELSA M. SANTOS**

5. In response to paragraph 12, Defendant realleges and incorporates herein by this reference its responses to paragraphs 1 through 11, inclusive.

6. Defendant denies generally and specifically each and every allegation contained in paragraphs 13, 14, and 15.

**SECOND CLAIM – LOSS OF CONSORTIUM**

7. In response to paragraph 16, Defendant realleges and incorporates herein by this reference its responses to paragraphs 1 through 11, and 13 through 15, inclusive.

8. Defendant denies generally and specifically each and every allegation contained in paragraph 17.

**THIRD CLAIM – IMPUTED AND DIRECT LIABILITY**

9. In response to paragraph 18, Defendant realleges and incorporates herein by this reference its response to paragraphs 1 through 11, 13 through 15, and 17, inclusive.

10. In response to paragraph 19, Defendant admits only that the Plaintiffs are entitled to maintain a direct action against Defendant but denies generally and specifically that any coverage is provided under the policy for the claim herein except as provided for by the terms, conditions and limitations of the policy. Defendant denies generally and specifically that

Plaintiff is entitled to recover against Defendant for the full limit of liability coverage therein or for any other amount.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim or claims upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The accident and damages alleged in the Complaint resulted solely and proximately from the negligent and careless conduct of Plaintiff Elisa M. Santos and the amount of damages recoverable from Defendant, if any, must be reduced in an amount commensurate to the percentage of causal negligence attributable to Elsa M. Santos. The negligence of Elsa M. Santos is imputable to her husband, Gerardo Santos.

### THIRD AFFIRMATIVE DEFENSE

The accident and damages alleged in the Complaint resulted solely and proximately from the negligent and careless conduct of Elsa M. Santos and the percentage of causal negligence attributable to Elsa M. Santos was greater than, or equal to, that, if any, attributable to Defendant so that her claims are barred in their entirety. The causal negligence attributable to Elsa M. Santos is imputable to her husband, Gerardo Santos.

**WHEREFORE,** Defendant **DONGBU INSURANCE CO., LTD.** prays judgment as follows:

1. That Plaintiffs take nothing by their Complaint;
2. For cost of suit incurred herein; and

3.   For such other and further relief as the Court may deem just and proper.

                                         BLAIR STERLING JOHNSON
                                          MOODY MARTINEZ & LEON GUERRERO
                                         A PROFESSIONAL CORPORATION


DATED: DECEMBER 22, 2005       BY: _____
                                         JEHAN'AD G. MARTINEZ
                                         *Attorneys for Defendant Dongbu Insurance Co., Ltd.*

```
A62\14226-239
G:\Word97\OFFICE\WORDDOC\DONGBU\PLD\595-ANSWER
OF DONGBU RE ELSA SANTOS V MIOK KWAK.doc
```