
**FILED**
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ELSA M. SANTOS and GERARDO SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>DONGBU INSURANCE COMPANY, LTD.,<br><br>Defendant. | Civil Case No. 05-00031<br><br><br>**MINUTES** |

(✓) SCHEDULING CONFERENCE    ( ) PRELIMINARY PRETRIAL CONFERENCE
(January 30, 2006, at 10:10 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

<u>**Notes**</u>: The Plaintiffs appeared through their counsel Robert Keogh. Attorney Thomas Sterling appeared on behalf of the Defendant.

    Judge Manibusan and counsel went over changes to the proposed Scheduling Order. These changes included:

- Changing the filing deadline for motions to amend the pleadings, as contained in ¶4(b), from September 29, 2006 to July 31, 2006;

- Deleting references in ¶¶4(e)(I) and (ii) to hearing dates, since hearings on the motions will be set if and the motions are filed;

- Inserting a provision setting a Preliminary Pretrial Conference for January 17, 2007, at 10:30 a.m.;

- Changing the date for the Final Pretrial Conference, as set forth in ¶4(f), from January 23, 2007, to January 31, 2007; and

- Changing the date for the filing of pretrial materials provided for in ¶4(g) from January 8, 2007, to January 24, 2007. Additionally, the Court would delete the words "pretrial statement, memoranda of contentions of fact" from ¶4(g) since these items form parts of a trial brief which each party must file 30 days prior to the trial date.

Counsel advised the Court that a similar action has been filed in the Superior Court of Guam against the other driver involved in the accident which is the subject to this suit. Said driver is believed to be the wife of the former Korean Consulate. The Defendant herein had insurance the vehicle involved in the accident. Counsel stated that discovery would be necessary on the issue of which Court properly has jurisdiction over this matter.

Counsel also agreed that an early settlement conference would be beneficial so as to avoid further costs related to discovery on jurisdictional matters. Counsel agreed that a settlement conference in early March would be preferable.

The conference concluded at 10:27 a.m.

Dated: January 30, 2006.

*Judith P. Hattori*
JUDITH P. HATTORI
Law Clerk