LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ELSA M. SANTOS and GERARDO SANTOS<br><br>Plaintiffs,<br><br>vs.<br><br>DONGBU INSURANCE COMPANY, LTD.,<br><br>Defendants. | CIVIL CASE NO. CIV05-00031<br><br>SCHEDULING ORDER |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 235 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. **The Nature of the Case**. This is an action for damages for personal injuries and loss of consortium arising from a traffic accident.

2. **Posture of the Case**. The case is in its early stages.

    (a) Pending motions on file. None.

    (b) Resolved motions. None.

    (c) Initiated discovery. No formal discovery has been initiated yet. Initial disclosures will be made soon.

3. **Description and Detailed Schedule of All Pretrial Discovery Each Party Intends to Initiate Prior to the Close of Discovery**:

Plaintiff(s): Please see Discovery Plan filed herein.

Defendant(s): Please see Discovery Plan filed herein.

(a) Anticipated Discovery Motions and Dispositive Motions. No discovery motions are anticipated. It is not known yet if either party will file a dispositive motion.

4. **Dates the Parties Shall Abide by**:

(a) **Joinder.** All parties shall be joined on or before March 3, 2006.

(b) **Amendments.** All motions to amend pleadings shall be filed on or before ~~September 29~~ July 31, 2006.

(c) **Scheduling Conference.** The parties shall appear before the District Court of Guam on Monday, January 30, 2006 at 10:00 a.m. for the scheduling conference.

(d) **Discovery Cut-off.** The discovery cut-off (defined as the last day to file responses to discovery) is September 29, 2006.

(e) **Motion Cut-off.**

(i) **Discovery Motions.** All discovery motions shall be filed on or before October 6, 2006. ~~and heard on or before November 3, 2006.~~

(ii) **Dispositive Motions.** All dispositive motions shall be filed on or before November 24, 2006. ~~and heard on or before December 22, 2006.~~

PRELIMINARY PRETRIAL CONFERENCE: January 23, 2007 at 10:30 a.m.

- 2 -

(f) **Final Pretrial Conference**. The final pretrial conference shall be held on January 31, 2007 at 10:30 a.m.

(g) **Pretrial Materials**. The filing of ~~pretrial statement, memoranda of contentions of fact and law,~~ joint exhibit lists, witness lists, and the proposed joint pretrial order as required by Local Rule 16.7 shall be filed on or before January 24, 2007.

(h) **Trial**. The trial shall be held on February 7, 2007 at 9:30 a.m.

5. **Settlement**. The prospects of settlement are presently unknown.

6. **Jury**. The trial is a non-jury trial.

7. **Length of Trial**. It is anticipated that it will take three (3) day(s) to try this case.

8. **Names of Counsel**. The names of counsel in this case are:

(a) Robert L. Keogh, Law Office of Robert L. Keogh for the Plaintiffs;

(b) Thomas C. Sterling, Blair Sterling, Johnson, Moody, Martinez & Leon Guerrero for Defendant.

9. **Settlement Conference**. The parties agree that the case may be submitted early in the litigation to a settlement conference.

10. **Trial Shortening**. The parties present the following suggestions for shortening trial: unknown.

11. **Miscellaneous Issues**. The following issues will also affect the status or management of the case: No such issues are known at this time.

12. **Stipulations**. None.

SO ORDERED this 30th day of January, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Plaintiffs

By: _____
ROBERT L. KEOGH

DATE: 1/13/06

**BLAIR STERLING JOHNSON MOODY MARTINEZ & LEON GUERRERO**
Attorneys for Defendant

By: _____
THOMAS C. STERLING

DATE: January 13, 2006

- 4 -