| | |
|---|---|
| Elsa M. Santos, et al., | Case No. 1:05-cv-00031 |
| Plaintiffs, | |
| vs. | |
| Dongbu Insurance Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order Setting Hearing filed January 30, 2006, on the dates indicated below:

Blair Sterling Johnson Moody
Martinez and Leon Guerrero, P.C.
January 31, 2006

Law Offices of Robert L. Keogh
January 31, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Setting Hearing filed January 30, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 1, 2006              /s/ Renee M. Martinez
                                             Deputy Clerk