THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dongbu Insurance Co., Ltd.*

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ELSA M. SANTOS and GERARDO SANTOS, <br><br> Plaintiffs, <br><br> vs. <br><br> DONGBU INSURANCE COMPANY, LTD., <br><br> Defendant. | CIVIL CASE NO. CIV05-00031 <br><br> STIPULATION ~~AND ORDER~~ <br> FOR DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that the instant action be dismissed, in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| BLAIR STERLING JOHNSON <br> MOODY MARTINEZ & LEON GUERRERO <br> A PROFESSIONAL CORPORATION <br><br> BY: /s/ <br> THOMAS C. STERLING <br> *Attorneys for Defendant Dongbu Insurance Co., Ltd.* <br> DATED: MARCH 7, 2006 | LAW OFFICE OF ROBERT L. KEOGH <br><br><br><br> BY: /s/ <br> ROBERT L. KEOGH <br> *Attorneys for Plaintiffs Elsa M. Santos and Gerardo Santos* <br> DATED: MARCH 6, 2006 |

## ORDER

SO ORDERED this _____

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

E49:62\14226-239
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\604-DIST CT-STIP & ORDER DISMISSAL W PREJUDICE RE ELSA SANTOS V MIOK KWAK.DOC

ORIGINAL