THOMAS C. STERLING
BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Dongbu Insurance Co., Ltd.*

**FILED**
DISTRICT COURT OF GUAM
MAR - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ELSA M. SANTOS and GERARDO SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>DONGBU INSURANCE COMPANY, LTD.,<br><br>Defendant. | CIVIL CASE NO. CIV05-00031<br><br>**ORDER RE DISMISSAL** |

The parties hereto, having stipulated to the dismissal of the instant action,

**IT IS HEREBY ORDERED** that the instant action be dismissed, in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

SO ORDERED this 8th day of March, 2006.

_____
HONORABLE JAMES L. ROBART
JUDGE, DISTRICT COURT OF GUAM

E49:62\14226-239
G:\WORD97\OFFICE\WORDDOC\DONGBU\PLD\604A-DIST CT-PROPOSED
ORDER RE DISMISSAL RE ELSA SANTOS V DONGBU.DOC

**ORIGINAL**