| | |
|---|---|
| Elsa M. Santos, et al. | Civil Case No. 1:05-cv-00031 |
| Plaintiffs, | |
| vs. | **J U D G M E N T** |
| Dongbu Insurance Co., Ltd. | |
| Defendant. | |

      Judgment is hereby entered in accordance with the Order re Dismissal filed March 9, 2006.

      Dated this 9th day of March, 2005, Hagatna, Guam.

                                     **/s/ Mary L.M. Moran**
                                        Clerk of Court