# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Elsa M. Santos, et al., | Case No. 1:05-cv-00031 |
| Plaintiffs, | |
| vs. | |
| Dongbu Insurance Co., Ltd., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Notice of Entry filed March 10, 2006, on the dates indicated below:

| | |
|---|---|
| Blair Sterling Johnson Moody Martinez and Leon Guerrero, P.C.<br>March 15, 2006 | Law Offices of Robert L. Keogh<br>March 14, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Notice of Entry filed March 10, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 15, 2006                             /s/ Renee M. Martinez
                                                            Deputy Clerk